FILED

06/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0249

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA OP-0249

---

WILLIAM LOREN SADDLER,

      Petitioner,

  v.

JAMES SALMONSEN, Warden,
Montana State Prison,

      Respondent.

---

## GRANT OF EXTENSION

---

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including July 19, 2022, within which to prepare, file, and serve its response to the petition.

**BF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 17 2022